**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN SHEET METAL WORKERS**
**HEALTH AND BENEFIT FUND,**
**MILWAUKEE AREA SHEET METAL**
**JOURNEYMEN AND APPRENTICESHIP**
**TRAINING FUND, WISCONSIN**
**SHEET METAL WORKERS LOCAL 18**
**VACATION FUND, WISCONSIN SHEET**
**METAL WORKERS LOCAL 18 INDUSTRY**
**FUND, WISCONSIN SHEET METAL WORKERS**
**LOCAL 18 SCHOLARSHIP FUND, and WISCONSIN**
**SHEET METAL WORKERS LOCAL 18 RETIREMENT**
**FUND and WILLIAM HOEPNER,**

**SHEET METAL WORKERS UNION, LOCAL 18,**

**SHEET METAL WORKERS' NATIONAL PENSION FUND,**
**INTERNATIONAL TRAINING INSTITUTE FOR**
**THE SHEET METAL AND AIR CONDITIONING**
**INDUSTRY, NATIONAL ENERGY MANAGEMENT**
**INSTITUTE COMMITTEE, SHEET METAL**
**OCCUPATIONAL HEALTH INSTITUTE**
**TRUST FUND, and BOARD OF TRUSTEES,**
**SHEET METAL WORKERS' NATIONAL**
**PENSION FUND,**

       **Plaintiffs,**

  vs.                                                  **Case No. 07-C-990**

**ZIEGELBAUER H.V.A.C., INC.,**

       **Defendant.**

---

### ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1. Defendant Ziegelbauer HVAC, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Ziegelbauer HVAC, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit interest and liquidated damages on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $50,576.25 for contributions, interest and liquidated damages for the audited period September 1, 2005 through May 31, 2007, and attorneys fees incurred in their prosecution of this matter, as well as unpaid amount resulting from a fine issued against Ziegelbauer H.V.A.C for its failure to maintain a bond.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, Wisconsin Sheet Metal Workers Local 18 Vacation Fund, Wisconsin Sheet Metal Workers Local 18 Industry Fund, Wisconsin Sheet Metal Workers Local 18 Scholarship Fund, Wisconsin Sheet Metal Workers Local 18 Retirement Fund, William Hoepner, Sheet Metal Workers Union Local 18, Sheet Metal Workers' National Pension Fund, International Training Institute for the Sheet Metal and Air Conditioning Industry, National Energy Management Institute Committee, Sheet Metal Occupational Health Institute Trust Fund and Board of Trustees, Sheet Metal Workers' National Pension Fund, and against Defendant Ziegelbauer HVAC, Inc. in the amount of $50,576.25.

Dated this 20th day of March, 2008.

                          BY THE COURT

                          s/ Rudolph T. Randa_____
                          HON. RUDOLPH T. RANDA
                          Chief Judge