**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN
SHEET METAL WORKERS LOCAL 18
VACATION FUND, WISCONSIN SHEET
METAL WORKERS LOCAL 18 INDUSTRY
FUND, WISCONSIN SHEET METAL WORKERS
LOCAL 18 SCHOLARSHIP FUND, and WISCONSIN
SHEET METAL WORKERS LOCAL 18 RETIREMENT
FUND and WILLIAM HOEPNER,**

**SHEET METAL WORKERS UNION, LOCAL 18,**

**SHEET METAL WORKERS' NATIONAL PENSION FUND,
INTERNATIONAL TRAINING INSTITUTE FOR
THE SHEET METAL AND AIR CONDITIONING
INDUSTRY, NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, SHEET METAL
OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND, and BOARD OF TRUSTEES,
SHEET METAL WORKERS' NATIONAL
PENSION FUND,**

        **Plaintiffs,**

  **vs.**                                                 **Case No. 07-C-990**

**ZIEGELBAUER H.V.A.C., INC.,**

        **Defendant.**

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, Wisconsin Sheet Metal Workers Local 18 Vacation Fund, Wisconsin Sheet Metal Workers Local 18 Industry Fund, Wisconsin Sheet Metal Workers Local 18 Scholarship Fund, Wisconsin Sheet Metal Workers Local 18 Retirement Fund, William Hoepner, Sheet Metal Workers Union Local 18, Sheet Metal Workers' National Pension Fund, International Training Institute for the Sheet Metal and Air Conditioning Industry, National Energy Management Institute Committee, Sheet Metal Occupational Health Institute Trust Fund and Board of Trustees, Sheet Metal Workers' National Pension Fund recover from the Defendant Ziegelbauer HVAC, Inc. the sum of $50,576.25.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2008.

JON W. SANFILIPPO
Clerk of Court

s/ Linda M. Zik
Deputy Clerk

Approved as to form this 20th day of March, 2008.

s/ Rudolph T. Randa
Chief Judge